of the United States for the Western District of Virginia. Wm. Gordon Robertson, for appellees. Dismissed. pursuant to the twenty-third rule, for failure to print record, on motion of appellees.

---

MATHUS et al. v. CARROLL. (Circuit Court of Appeals, Ninth Circuit. January 3, 1898.) No. 342. In Error to the District Court of the United States for the District of Alaska. L. S. B. Sawyer, for plaintiffs in error. Richardson C. Harrison, for defendant in error. Dismissed.

---

SHOWERS v. UNITED STATES. (Circuit Court of Appeals, Third Circuit.) In Error to the District Court of the United States for the Western District of Pennsylvania. Before ACHESON and DALLAS, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM. This case does not differ from that of Culp v. U. S., 82 Fed. 990, and for the reasons set forth in the opinion in that case the judgment herein is affirmed.

---

STRATIFF, L. T., v. UNITED STATES. (Circuit Court of Appeals, Third Circuit.) In Error to the District Court of the United States for the Western District of Pennsylvania. Before ACHESON and DALLAS, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM. This case does not differ from that of Culp v. U. S., 82 Fed. 990, and for the reasons set forth in the opinion in that case the judgment herein is affirmed.

---

STRATIFF, W. D., v. UNITED STATES. (Circuit Court of Appeals, Third Circuit.) In Error to the District Court of the United States for the Western District of Pennsylvania. Before ACHESON and DALLAS, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM. This case does not differ from that of Culp v. U. S., 82 Fed. 990, and for the reasons set forth in the opinion in that case the judgment herein is affirmed.

---

THORP v. BONNIFIELD et al. (Circuit Court of Appeals, Ninth Circuit. January 3, 1898.) No. 289. In Error to the District Court of the United States for the District of Alaska. Harrison Bostwick and W. E. Crews, for plaintiff in error. Richard C. Harrison, for defendants in error. Dismissed. See 71 Fed. 924.

---

TUNSTALL v. RICHMOND & D. R. CO. et al. (Circuit Court of Appeals, Fourth Circuit. November 3, 1897.) No. 194. In Error to the Circuit Court of the United States for the Western District of North Carolina. A. S. Barnard (W. A. Smith and T. H. Cobb on the brief), for plaintiff in error. George F. Bason and Charles Price, for defendants in error. Before FULLER, Circuit Justice, GOFF, Circuit Judge, and BRAWLEY, District Judge.

BRAWLEY, District Judge. This case was heard at the same term with Patton v. Railway Co., 82 Fed. 979, and is governed by the principles therein decided. The accident occurred at the same place where Patton was injured, and the attendant circumstances were substantially the same. This wreck was in 1890, and there was testimony of several accidents at the same place previous to that time. There was some testimony that the engineer of this train was reckless, and known to be so by the defendant company. To this